1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AMA Systems, LLC, a Maryland Limited Liability Company, and BLUEMAR PROMOTIONS, LLC, a New Hampshire Limited Liability Company,<br><br>    Plaintiffs,<br><br>  v.<br><br>VONNIC, INC., a California Corporation, and KIM POR LIN, an individual,<br><br>    Defendants. | CASE NO. 2:22-cv-06045 MWF (SKx)<br><br>Honorable Michael W. Fitzgerald<br><br>**ORDER GRANTING STIPULATION OF PARTIAL DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**ORDER GRANTING STIPULATION
OF PARTIAL DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

# ORDER

Having reviewed the parties' Stipulation for Partial Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(ii) that was filed jointly by counsel for Plaintiffs AMA Systems, LLC, and Bluemar Promotions, LLC (together "Plaintiffs"), and Defendant Vonnic, Inc. ("Defendant" or "Vonnic") in this matter, and having considered the contents therein and finding good cause shown, the Court hereby **GRANTS** the requests in the Stipulation and **ORDERS** as follows:

Plaintiff AMA Systems, LLC's claims in this action shall be dismissed without prejudice. All parties to bear their own attorneys' fees and costs. **All other claims and causes of action will remain and the case will proceed by Plaintiff Bluemar Promotions, LLC against Defendant Vonnic, Inc.**

**IT IS SO ORDERED.**

Dated: August 19, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge